No. 96–1153. POLY-TECH INDUSTRIES, INC. v. INSTY*BIT, INC. C. A. 8th Cir. Certiorari denied.

No. 96–1159. CITY OF PITTSBURGH v. BECK. C. A. 3d Cir. Certiorari denied.

No. 96–1162. COCHRAN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1166. LARRY v. PHILLIPS, CHIEF JUSTICE, SUPREME COURT OF TEXAS, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 96–1175. GABEL v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 96–1191. HUGHES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1196. DAMICO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–1228. BIDDULPH ET AL. v. MORTHAM, SECRETARY OF STATE OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 96–6614. ALEXANDER v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 96–6791. HALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6822. BECERRA v. DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 96–6830. ROWSEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–6868. BURGOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6966. CHARLTON v. PARAMUS BOARD OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.